

WEIMING CHEN; JAMES POTTER; JIAQIANG DING;
ERYOU CHEN; YANLIN LIU; LIE HU; JIANXIN BI;
YONGCHANG CAO; YONGYANG QIU; MINGXIN BAI
DEMOCRATIC PARTY OF CHINA
556 N DIAMOND BAR BLVD STE 108
DIAMOND BAR CA 91765
TEL: 626-227-4575

UNITED STATES DISTRICT COURT
CENTRAL THE DISTRICT OF CALIFORNIA

2:CV19-08081JLS(KES)

WEIMING CHEN;JAMES POTTER;
JIANQIANG DING, ERYOU CHEN
YANLIN LIU;LIE HU,JIANXIN BI;
YONGCHANG CAO, YONGYANG QIU;
MINGXIN BAI
DEMOCRATIC PARTY OF CHINA

        Plaintiffs,

-v.-

JOHN CHEN

        Defendant.

**COMPLAINT**

[Civil Rights Action under
42 U.S.C. § 1983]

Plaintiffs Weimin Cheng, James Potter, Jianqiang Ding, Yanlin Liu, Eryou Chen, Lie Hu, Jianxin Bi, Yongchang Cao, Mingxin Bai and Yongyang Qiu (collectively referred to as "Plaintiffs"), bring this Complaint against Defendants John Chen (referred to as "Defendant") and in support thereof allege the following upon information and belief:

1

## INTRODUCTION

1. This case seeks to protect and vindicate fundamental constitutional rights. It is a civil rights action brought under the First Amendment to the United States Constitution and 42 U.S.C. § 1983, challenging Defendants' restriction on Plaintiffs' right to freedom of speech. Defendants have threatened to restrict Plaintiffs' freedom of speech, prohibiting Plaintiffs from protesting against the national flag raising ceremony sponsored by Chinese Consulate in the city of Monterey Park.

2. Plaintiffs seek a declaration that Defendant violated their clearly established constitutional rights as set forth in this Complaint; a declaration that Defendants' restriction on Plaintiffs' speech violates the U.S. Constitution and 42 U.S.C. § 1983 as set forth in this Complaint; a preliminary and permanent injunction enjoining the enforcement of Defendants' speech restriction as set forth in this Complaint; and nominal damages for the past loss of Plaintiffs' constitutional rights. Plaintiffs also seek an award of reasonable costs of litigation, including attorneys' fees and expenses, pursuant to 42 U.S.C. § 1988 and other applicable law.

## JURISDICTION AND VENUE

3. This action arises under the Constitution and laws of the United States. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §§ 1331 and 1343.

4. Plaintiffs' claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201 and 2202, by Rules 57 and 65 of the Federal Rules of Civil Procedure, and by the general legal and equitable powers of this Court. Plaintiffs' claim for nominal damages is authorized by 42 U.S.C. § 1983.

5. Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this district.

## PLAINTIFFS

6. Plaintiff Democratic Party of China (DPC) is a nonprofit organization that is incorporated under the laws of the State of California. DPC is dedicated to freedom of speech, freedom of conscience, freedom of religion, and individual rights for all Chinese.

7. DPC achieves its objectives through a variety of lawful means, including through the exercise of its right to freedom of speech under the United States Constitution.

8. DPC exercises its right to freedom of speech and promotes its objectives by, *inter alia*, sponsoring public speech, advocating individual rights among Chinese community in major cities throughout the United States, including Los Angeles, CA.

9. Plaintiffs Weiming Chen, James Potter, Jianqiang Ding and Yanlin Liu are local leaders of DPC, and they engage in protected speech through DPC's activities, including DPC's protesting activities.

10. Plaintiffs Jianxin Bi, Lie Hu, Yongchang Cao, Eryou Chen, Mingxin Bai and Yongyang Qiu are participants who protested against the flag-raising event in the city of Monterey Park.

## DEFENDANTS

11. Defendant John Chen is one of the organizing members for the Flag Raising Event in the city of Monterey Park, CA on Sept. 15 2019.

12. John Chen, has a Chinese name Jun Chen, was an ex-official in China. He was assigned to work in the USA early 1990's and became LPR later. He claims that he is a U.S. citizen now. He is also leader for several pro-Communist Chinese organizations in the U.S.A.

## STATEMENT OF FACTS

13. As a U.S. citizen, John Chen is mandated to comply with the First Amendment to the U.S. Constitution.

14. According to the video, John Chen threatened the Plaintiffs that he will take photos of the Plaintiffs. And Plaintiffs as overseas Chinese, will not allowed to go back to China

or will be persecuted if return to China. Defendant uses threat to restrict Plaintiffs' freedom of speech.

15. As a result of Defendant's threat, which was clearly for the purpose of suppressing Plaintiffs' speech, Plaintiffs' freedom of speech was restricted.

16. Pursuant to clearly established First Amendment jurisprudence, the loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury sufficient to warrant injunctive relief.

## CLAIM FOR RELIEF

### (Freedom of Speech—First Amendment)

17. Plaintiffs hereby incorporate by reference all stated paragraphs.
By reason of the aforementioned speech restriction, Defendant has deprived Plaintiffs of their right to engage in protected speech in violation of the Free Speech Clause of the First Amendment to the U.S. Constitution and 42 U.S.C. § 1983.

18. Defendant' restriction on Plaintiffs' speech is content and viewpoint-based in violation of the Free Speech Clause of the First Amendment.

19. Defendant' true purpose for threatening at issue here was to silence the viewpoint expressed by Plaintiffs' speech. Consequently, the true purpose for threatening was to silence disfavored viewpoints in violation of the Free Speech Clause of the First Amendment.

20. As a direct and proximate result of Defendant' violation of the Free Speech Clause of the First Amendment, Plaintiffs have suffered irreparable harm, including the loss of their constitutional rights, entitling them to declaratory and injunctive relief and nominal damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court:

A) to declare that Defendant' restriction on Plaintiffs' speech, including his threaten

at issue here, violates the First Amendment to the U.S. Constitution as set forth in this Complaint;

    B)    to preliminarily and permanently enjoin Defendant' speech restriction and its application to Plaintiffs' speech as set forth in this Complaint;

    C)    to award Plaintiffs nominal damages for the past loss of their constitutional rights as set forth in this Complaint;

    D)    to award Plaintiffs their reasonable attorney fees, costs, and expenses pursuant to 42 U.S.C. § 1988 and other applicable law; and

    E)    to grant such other and further relief as this Court should find just and proper.

Respectfully submitted,

_____
Wenming Chen
Tel: 702-750-6066
Email:artist.weiming@icloud.com

_____
Yanlin Liu
Tel: 323-580-3990
Email:leo702036@gmail.com

_____
Jianxin Bi
Tel: 626-688-8812
Email:bjx201885@gmail.com

_____
Yongchang Cao
Tel: 626-489-8480
Email:12731315@qq,con

_____
Eryou Chen
Tel: 702-750-7070
Email:cheneryo@hotmail.com

_____
James Potter
Tel: 626-227-4575
Email:cunzhuzheng@gmail.com

_____
Lie Hu
Tel: 626-525-2636
Email:172986301japan@gmail.com

_____
Yongyang Qiu
Tel: 213-500-6955
Email:sales.trustek@gmail.com

_____
Jianqiang Ding
Tel: 626-342-7501
Email:hesganshuo@gmail.com

_____
Mingxin Bai
Tel: 516-666-5986

Date: Sept. 17 2019