| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>WEIMING CHEN; JAMES POTTER; JIAQIANG DING; ERYOU CHEN; YANLIN LIU; LIE HU; JIANXIN BI; YONGCHANG CAO; YONGYANG QIU; MINGXIN BAI<br>DEMOCRATIC PARTY OF CHINA<br>556 N DIAMOND BAR BLVD STE 108<br>DIAMOND BAR CA 91765<br>TEL: 626-227-4575<br><br>ATTORNEY(S) FOR: | FILED<br>2019 SEP 18 PM 2:20 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Weiming Chen, et al<br><br>Plaintiff(s),<br>v.<br>John Chen<br><br>Defendant(s) | CASE NUMBER:<br>2:CV19-08081 JLS (KES)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Weiming Chen; James Potter; Jiaqiang Ding; Eryou Chen; Yanlin Liu; Lie Hu; Jianxin Bi; Yongchang Cao; Yongyang Qiu; MingXin Bai  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| WEIMING CHEN; | PLAINTIFF |
| JAMES POTTER; | PLAINTIFF |
| JIAQIANG DING; | PLAINTIFF |
| ERYOU CHEN; | PLAINTIFF |
| YANLIN LIU; | PLAINTIFF |
| LIE HU; | PLAINTIFF |
| JIANXIN BI; | PLAINTIFF |
| YONGCHANG CAO; | PLAINTIFF |
| YONGYANG QIU; | |
| MINGXIN BAI | |
| DEMOCRATIC PARTY OF CHINA | |

9/17/2019
Date

Signature

Attorney of record for (or name of party appearing in pro per):
Weiming Chen; James Potter; Jiaqiang Ding; Eryou Chen; Yanlin Liu; Lie Hu; Jianxin Bi; Yongchang Cao; Yongyang Qiu; Mingxin Bai

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES