AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Weiming Chen, James Potter, Jianqiang Ding, Lie Hu  )
Eryou Chen, Yanlin Liu, Jiaxin Bi, Yongchang Cao    )
Yongyang Qiu, Mingxin Bai, Dmocratic Party of China )
                                                    )
                                                    )
                    *Plaintiff(s)*                  )
                         v.                         )   Civil Action No. 2:CV19-08081 JLS (KES)
                     John Chen                      )
                                                    )
                                                    )
                                                    )
                                                    )
                   *Defendant(s)*                   )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Chen
22905 COLOMBARD LN UNIT 4
DIAMOND BAR CA 91765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

WEIMING CHEN; JAMES POTTER; JIAQIANG DING;
ERYOU CHEN; YANLIN LIU; LIE HU; JIANXIN BI;
YONGCHANG CAO; YONGYANG QIU; MINGXIN BAI
DEMOCRATIC PARTY OF CHINA
556 N DIAMOND BAR BLVD STE 108
DIAMOND BAR CA 91765    TEL: 626-227-4575

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/18/2019

Signature of Clerk or Deputy